ALISON PENNINGTON, CSB# 231861
LISA KNOX, CSB# 279406
CARRIE ROSENBAUM, CSB# 236582
Centro Legal de la Raza
3400 East 12th Street
Oakland, CA 94601
Tel.: 510.679.1608
Fax: 510.427.9164
apennington@centrolegal.org

Counsel for Mr. Lucio Diaz-Orellana, Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| DIAZ-ORELLANA, Lucio,<br><br>              Petitioner,<br><br>          vs.<br><br>KIRSTJEN M. NIELSEN, Secretary of the<br>United States Department of Homeland<br>Security; JEFFERSON B. SESSIONS, III,<br>Attorney General of the United States;<br>ERIK BONNAR, San Francisco Acting Field<br>Office Director, Office of Detention and<br>Removal Operations, U.S. Immigration and<br>Customs Enforcement;<br><br><br>          Respondents. | CASE NO.: 3:18-cv-03448-WHO<br><br>**STIPULATION AND [PROPOSED]<br>ORDER DISMISSING HABEAS<br>PETITION AS MOOT** |

Petitioner filed a writ of habeas corpus on June 11, 2018, in part to seek a new bond hearing. On July 12, 2018, Petitioner received a bond hearing before the San Francisco Immigration Court.

Petitioner and Respondents, through their undersigned counsel of record, HEREBY STIPULATE to the following:

1. Because Petitioner received a bond hearing, the instant petition for writ of habeas corpus should be dismissed as moot.

IT IS SO STIPULATED.

Respectfully submitted,

Date: July 13, 2018

___/s/  Lisa Knox_____

Lisa Knox

CENTRO LEGAL DE LA RAZA

Attorney for Petitioner

Date: July 13, 2018

___/s/  Douglas K. Chang_____

DOUGLAS K. CHANG

Assistant United States Attorney

Attorney for Respondents

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation, IT IS SO ORDERED.

Date:   July 13, 2018

_____

WILLIAM H. ORRICK

United States District Judge